## Commonwealth *v.* Davalos, Appellant.

 Submitted June 21, 1971. *Edward Weis* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The Commonwealth being in agreement, the judgment of sentence at No. 420, June Term, 1964, in the court below, here appealed from, is vacated. See *Commonwealth v. White,* 218 Pa. Superior Ct. 188, 279 A. 2d 769 (1971).